| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | FILED |
|---|---|
| Eric Hatteberg<br>2322 Calle Almirante<br>San Clemente, CA. 92673<br>949-370-0051 | 2019 JUN 20 PM 1:45<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF<br>SANTA ANA<br>BY: LAW |
| ATTORNEY(S) FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Eric Hatteberg, an individual,<br>Plaintiff(s),<br>v.<br>Bank of America N.A., Law Office of Harris and Zide<br>Defendant(s) | CASE NUMBER:<br>SACV19-01236 JFW (PLAx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Eric Hatteberg__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Bank of America N.A. | Defendant |
| Law Office of Harris and Zide | Defendant |

6-20-2019
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Eric Hatteberg

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES