FILED

Eric Hatteberg
2322 Calle Almirante
San Clemente, CA 92673
949-370-0051
Plaintiff in Pro Per

2019 JUL 16 PM 2:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Hatteberg, an individual,<br>Plaintiff,<br>vs.<br>BANK OF AMERICA, N.A. et al,<br>Defendant(s) | Case No.: 8:19-cv-01236 JFW(PLAx)<br>**NOTICE OF PROOF OF SERVICE AS TO DEFENDANT BANK OF AMERICA, N.A.** |

    Plaintiff has served all required case initiating documents to Defendant Bsnk of America, N.A. ("BANA") through a process server and attaches proof herewith.

    1.    The following documents ("the case initiating documents") were served to Defendant BANA in the above-mentioned matter:

a. Civil Cover Sheet

b. Summons

c. Complaint

d. Certification and Notice of Interested Parties

e. Notice of Parties to Court-directed ADR Program

f. Notice of Assignment to Magistrate Judge

g. Notice of Standing Order

Respectfully submitted on this day of  July 16, 2019

*[signature]*

Eric Hatteberg, Plaintiff, Pro Se

2322 Calle Almirante

San Clemente, CA 92673

(949) 370-0051

gabwitheric@gmail.com

PROOF OF SERVICE AS TO DEFENDANT BANK OF AMERICA, N.A.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. SACV19-01236 JFW (PLax)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bank of America, N.A.
was received by me on *(date)* 07/01/2019

☐ I personally served the summons on the individual at *(place)*
                              on *(date)*        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CHRISTINA MONTENEGRO , who is
designated by law to accept service of process on behalf of *(name of organization)* BANK OF AMERICA, N.A.
on *(date)* 07/02/2019 ; or

☐ I returned the summons unexecuted because                ; or

☐ Other *(specify)*:

My fees are $ 35 for travel and $ for services, for a total of $ 0.00 35.00 .

I declare under penalty of perjury that this information is true.

Date: 07/10/2019

*Server's signature*

Richard McMillan - Registered Process Server LA # 7151
*Printed name and title*

3006 S. Vermont Ave. # 241 Los Angeles, CA 90007 (213) 352-0533

*Server's address*

Additional information regarding attempted service, etc:

Scanned by CamScanner