FILED

2019 JUL 16 PM 2:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___VAW___

1  Eric Hatteberg
2  2322 Calle Almirante
3  San Clemente, CA 92673
4  949-370-0051
5  Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Hatteberg, an individual,<br>　　　　　Plaintiff,<br>vs.<br>BANK OF AMERICA, N.A. et al,<br>　　　　　Defendant(s) | Case No.: 8:19-cv-01236 JFW (PLAx)<br>**NOTICE OF PROOF OF SERVICE AS TO DEFENDANT LAW OFFICE OF HARRIS AND ZIDE** |

　　　Plaintiff has served all required case initiating documents to Defendant Law Office of Harris and Zide ("ZIDE") through a process server and attaches proof herewith.

　　　1.　The following documents ("the case initiating documents") were served to Defendant ZIDE in the above-mentioned matter:

1

a. Civil Cover Sheet

b. Summons

c. Complaint

d. Certification and Notice of Interested Parties

e. Notice of Parties to Court-directed ADR Program

f. Notice of Assignment to Magistrate Judge

g. Notice of Standing Order

Respectfully submitted on this day of _July 16, 2019_

_[signature]_

Eric Hatteberg, Plaintiff, Pro Se

2322 Calle Almirante

San Clemente, CA 92673

(949) 370-0051

gabwitheric@gmail.com

PROOF OF SERVICE AS TO DEFENDANT LAW OFFICE OF HARRIS AND ZIDE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. SACV19-01236 JFW (PLax)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **LAW OFFICE OF HARRIS AND ZOE**
was received by me on *(date)* **07/01/2019**.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **FLINT C. ZIDE**, who is designated by law to accept service of process on behalf of *(name of organization)* **LAW OFFICE OF HARRIS AND ZOE** on *(date)* **07/09/2019** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **85** for travel and $ _____ for services, for a total of $ **85.00**

I declare under penalty of perjury that this information is true.

Date: **07/10/2019**

*Server's signature*

**Richard McMillan - Registered Process Server LA # 7151**
*Printed name and title*

**3006 S. Vermont Ave. # 241 Los Angeles, CA 90007 (213) 352-0533**

*Server's address*

Additional information regarding attempted service, etc:

Scanned by CamScanner