AO 440 (Rev. 06/12) Summons in a Civil Action

**FILED**

# UNITED STATES DISTRICT COURT
для the
Central District of California

2019 JUL 16 PM 2:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___LAW___

| | |
|---|---|
| Eric Hatteberg, an individual, | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **SACV19-01236 JFW (PLAx)** |
| BANK OF AMERICA, N.A., LAW OFFICE OF HARRIS AND ZIDE | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> BANK OF AMERICA, N.A.
> in c/o registered agent for service of process
> CT CORPORATION SYSTEM
> 818 WEST SEVENTH STREET, SUITE 930
> LOS ANGELES, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Eric Hatteberg
> 2322 Calle Almirante
> San Clemente, CA 92673

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6-20-19

Lori Wagers
*Signature of Clerk or Deputy Clerk*