AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
2019 JUL 16 PM 2:22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

| | |
|---|---|
| Eric Hatteberg, an individual, | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| BANK OF AMERICA, NA., LAW OFFICE OF HARRIS AND ZIDE, | ) SACV19-01236 JFW (PLAx) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LAW OFFICE OF HARRIS AND ZIDE
in c/o Flint C. Zide
1445 Huntington Drive, Suite 300
South Pasedena, CA  91030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric Hatteberg
2322 Calle Almirante
San Clemente, CA  92673

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6-20-19

Lori Wagers
*Signature of Clerk or Deputy Clerk*