**MCGUIREWOODS LLP**
ETHAN SCHATZ (SBN 257919)
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922
eschatz@mcguirewoods.com

Attorneys for Defendant BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HATTEBERG, an individual,, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A., LAW OFFICE OF HARRIS AND ZIDE, <br><br> Defendants. | CASE NO. 8:19-cv-01236-JFW-PLA <br><br> The Hon. John F. Walter <br><br> **BANK OF AMERICA, N.A.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Pursuant to Local Rule 7.1-1)** <br><br> Complaint Filed:     June 20, 2019 |

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for Defendant Bank of America, N.A., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendant Bank of America, N.A., is a wholly-owned subsidiary of Bank of America Corporation; Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange; and Bank of America

-1-

-2-

Corporation has no parent company and no publicly-held company owns more than 10% of Bank of America Corporation's shares. Bank of America, N.A. further certifies that a significant number of parent, subsidiary, or affiliate entities of Bank of America Corporation (including, without limitation, Bank of America, N.A., Merrill Lynch & Co. Inc., Countrywide Financial Corporation, MBNA Corporation, FleetBoston Financial Corporation, NationsBank Corporation and associated organizations) have issued stock or debt securities to the public in a wide variety of debt, common equity, preferred equity, trust preferred securities, commercial paper, securitized, and other transactions in a significant number of jurisdictions.

Bank of America Corporation is a publicly-held corporation. No publicly held Corporation owns more than 10% of Bank of America Corporation. Bank of America Corporation owns 100% of NB Holdings Corporation, which owns 100% of BAC North America Holding Company, which owns 100% of BANA Holding Corporation, which owns 100% of Bank of America, N.A.

DATED: July 19, 2019            Respectfully submitted,

**MCGUIREWOODS LLP**

By: /s/ *Ethan Schatz*
       Ethan Schatz
       Attorneys for Defendant BANK OF AMERICA, N.A.

## CERTIFICATE OF SERVICE

I, Ethan Schatz, certify that on July 19, 2019, the foregoing document entitled **BANK OF AMERICA, N.A.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Pursuant to Local Rule 7.1-1)** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

                                          */s/ Ethan Schatz*
                                          Ethan Schatz

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Two Embarcadero Center, Suite 1300, San Francisco, CA 94111-3821.

On July 19, 2019, I served the following document(s) described as **BANK OF AMERICA, N.A.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Pursuant to Local Rule 7.1-1)** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Eric Hattleberg                          In Pro Per
2322 Calle Almirante
San Clemente, CA 92673
Tel: 949-370-0051

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at San Francisco, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on July 19, 2019, at San Francisco, CA.

_____
Monica Clemens

-4-
PROOF OF SERVICE