FLINT C. ZIDE, STATE BAR #160369
LAW OFFICES OF HARRIS & ZIDE
1445 Huntington Drive, Suite 300
South Pasadena, CA 91030
Telephone: 626-799.8444
Facsimile: 626-799-8419
fzide@harrisandzide.com

Attorneys for Defendant LAW OFFICE OF HARRIS AND ZIDE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HATTEBERG, an individual,, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A., LAW OFFICE OF HARRIS AND ZIDE, <br><br> Defendants. | CASE NO. 8:19-cv-01236-JFW-PLA <br><br> The Hon. John F. Walter <br><br> **AMENDED ANSWER OF DEFENDANT LAW OFFICE OF HARRIS AND ZIDE TO THE COMPLAINT FOR DAMAGES AND AFFIRMATIVE DEFENSES** <br><br> Complaint Filed: June 20, 2019 |

**THIS ANSWER HAS BEEN AMENDED TO REFLECT THE CORRECTED PARTY NAME OF "LAW OFFICE OF HARRIS AND ZIDE IN THE CAPITON AND TO INCLUDE A NOTICE OF INTERESTED PARTIES**

Defendant Law Office of Harris and Zide ("ZIDE"), by and through its undersigned counsel and on behalf of itself and no other entity, answers the unverified Complaint ("Complaint") of Plaintiff Eric Hatteberg ("Plaintiff") as follows:

In answering the allegations in the Complaint, ZIDE denies any and all allegations contained in headings and/or un-numbered paragraphs in the Complaint.

1  Further, except as expressly admitted or qualified below, ZIDE denies each and
2  every allegation of the Complaint.

3  **PRELIMINARY STATEMENT**

4       1.    The allegations contained in Paragraph 1 constitute Plaintiff's
5  characterization of the nature of this action and its claims, to which no response is
6  required.  The allegations contained in Paragraph 1 also contain legal conclusions to
7  which no response is required.  To the extent a response is required, ZIDE denies
8  the allegations.

9       2.    The allegations contained in Paragraph 2 are legal conclusions to which
10 no response is required.  To the extent a response is required, ZIDE denies the
11 allegations.

12      3.    The allegations contained in Paragraph 3 are legal conclusions to which
13 no response is required.  To the extent a response is required, ZIDE denies the
14 allegations.

15      4.    The allegations contained in Paragraph 4 are legal conclusions to which
16 no response is required.  To the extent a response is required, ZIDE denies the
17 allegations.

18      5.    The allegations contained in Paragraph 5 are legal conclusions to which
19 no response is required.  To the extent a response is required, ZIDE denies the
20 allegations.

21 **JURISDICTION**

22      6.    The allegations contained in Paragraph 6 are legal conclusions to which
23 no response is required.  To the extent a response is required, ZIDE denies the
24 allegations.

25      7.    ZIDE admits that it does business in California. ZIDE is presently
26 without knowledge or information sufficient to form a belief as to the truth of the
27 allegations in Paragraph 7 regarding Defendant BANK OF AMERICA, N.A, which
28 are therefore, denied. The remaining allegations contained in Paragraph 7 are legal

-2-

1  conclusions to which no response is required.  To the extent a response is required,
2  ZIDE denies the allegations.

3      8.    ZIDE is presently without knowledge or information sufficient to form
4  a belief as to the truth of the allegations in Paragraph 8, which are therefore, denied.

5                                    **VENUE**

6      9.    The allegations contained in Paragraph 9 are legal conclusions to which
7  no response is required.  To the extent a response is required, ZIDE denies the
8  allegations.

9                                    **PARTIES**

10     10.   The allegations contained in Paragraph 10 are legal conclusions to which
11  no response is required.  To the extent a response is required, ZIDE denies the
12  allegations.

13     11.   ZIDE is presently without knowledge or information sufficient to form
14  a belief as to the truth of the allegations in Paragraph 11, which are therefore, denied.
15  The allegations contained in Paragraph 11 also contain legal conclusions to which no
16  response is required.  To the extent a response is required, ZIDE denies the
17  allegations.

18     12.   The allegations contained in Paragraph 12 are legal conclusions to which
19  no response is required.  To the extent a response is required, ZIDE denies the
20  allegations.

21     13.   The allegations contained in Paragraph 13 are legal conclusions to which
22  no response is required.  To the extent a response is required, ZIDE denies the
23  allegations.

24     14.   The allegations contained in Paragraph 14 are legal conclusions to which
25  no response is required.  To the extent a response is required, ZIDE denies the
26  allegations.

27     15.   The allegations contained in Paragraph 15 are legal conclusions to which
28  no response is required.  To the extent a response is required, ZIDE denies the

AMENDED ANSWER OF DEFENDANT LAW OFFICE OF HARRIS AND ZIDE'S ANSWER
TO PLAINTIFF'S COMPLAINT

allegations.

16.     ZIDE admits the allegations in Paragraph 16.

17.     ZIDE admits the allegations in Paragraph 17.

18.     The allegations contained in Paragraph 18 are legal conclusions to which no response is required.   To the extent a response is required, ZIDE denies the allegations.

19.     The allegations contained in Paragraph 19(a)-(f) are legal conclusions to which no response is required.   To the extent a response is required, ZIDE denies the allegations.

## FACTUAL ALLEGATIONS

20.     The allegations contained in Paragraph 20 are legal conclusions to which no response is required.   To the extent a response is required, ZIDE denies the allegations.

21.     ZIDE admits that Plaintiff letters to ZIDE as alleged in Paragraph 21 and attached to the Complaint speak for themselves. ZIDE denies the remaining allegations in Paragraph 21.

22.     ZIDE is presently without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22, which are therefore, denied.

23.     ZIDE is presently without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23, which are therefore, denied.

24.     The allegations contained in Paragraph 24 are legal conclusions to which no response is required. To the extent a response is required, ZIDE denies the allegations.

25.     The allegations contained in Paragraph 25 contain legal conclusions to which no response is required. To the extent a response is required, ZIDE denies the allegations.

AMENDED ANSWER OF DEFENDANT LAW OFFICE OF HARRIS AND ZIDE'S ANSWER
TO PLAINTIFF'S COMPLAINT

1      26.    The allegations contained in Paragraph 26 contain legal conclusions to

2 which no response is required.  To the extent a response is required, ZIDE denies

3 the allegations.

4      27.    The allegations contained in Paragraph 27 contain legal conclusions to

5 which no response is required.  To the extent a response is required, ZIDE denies

6 the allegations.

7      28.    The allegations contained in Paragraph 28 contain legal conclusions to

8 which no response is required.  To the extent a response is required, ZIDE denies

9 the allegations.

10      29.    The allegations contained in Paragraph 29 contain legal conclusions to

11 which no response is required.  To the extent a response is required, ZIDE denies

12 the allegations.

13      30.    The allegations contained in Paragraph 30 contain legal conclusions to

14 which no response is required.  To the extent a response is required, ZIDE denies

15 the allegations.

16      31.    ZIDE is presently without knowledge or information sufficient to form

17 a belief as to the truth of the allegations in Paragraph 31, which are therefore, denied.

18      32.    ZIDE is presently without knowledge or information sufficient to form

19 a belief as to the truth of the allegations in Paragraph 32, which are therefore, denied.

20      33.    The allegations contained in Paragraph 33 contain legal conclusions to

21 which no response is required.  To the extent a response is required, ZIDE denies

22 the allegations.

23      34.    The allegations contained in Paragraph 34 contain legal conclusions to

24 which no response is required.  To the extent a response is required, ZIDE denies

25 the allegations.

26      35.    ZIDE is presently without knowledge or information sufficient to form

27 a belief as to the truth of the allegations in Paragraph 35, which are therefore, denied.

28      36.    ZIDE is presently without knowledge or information sufficient to form

1  a belief as to the truth of the allegations in Paragraph 36, which are therefore, denied.

2  37.   ZIDE is presently without knowledge or information sufficient to form

3  a belief as to the truth of the allegations in Paragraph 37, which are therefore, denied.

4  38.   The allegations contained in Paragraph 38 contain legal conclusions to

5  which no response is required.  To the extent a response is required, ZIDE denies

6  the allegations.

7  39.   ZIDE is presently without knowledge or information sufficient to form

8  a belief as to the truth of the allegations in Paragraph 39, which are therefore, denied.

9  40.   ZIDE is presently without knowledge or information sufficient to form

10  a belief as to the truth of the allegations in Paragraph 40, which are therefore, denied.

11  41.   The allegations contained in Paragraph 41 contain legal conclusions to

12  which no response is required.  To the extent a response is required, ZIDE denies

13  the allegations.

14  42.   ZIDE is presently without knowledge or information sufficient to form

15  a belief as to the truth of the allegations in Paragraph 42, which are therefore, denied.

16  43.   ZIDE is presently without knowledge or information sufficient to form

17  a belief as to the truth of the allegations in Paragraph 43, which are therefore, denied.

18  To the extent a response is required, ZIDE denies the allegations.

19  44.   ZIDE is presently without knowledge or information sufficient to form

20  a belief as to the truth of the allegations in Paragraph 44, which are therefore,

21  denied.  The allegations contained in Paragraph 44 contain legal conclusions to

22  which no response is required.  To the extent a response is required, ZIDE denies

23  the allegations.

24  45.   ZIDE is presently without knowledge or information sufficient to form

25  a belief as to the truth of the allegations in Paragraph 45, which are therefore,

26  denied. The allegations contained in Paragraph 45 also contain legal conclusions to

27  which no response is required.  To the extent a response is required, ZIDE denies

28  the allegations.

46.     ZIDE is presently without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46, which are therefore, denied. The allegations contained in Paragraph 46 also contain legal conclusions to which no response is required.  To the extent a response is required, ZIDE denies the allegations.

47.     ZIDE is presently without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47, which are therefore, denied. The allegations contained in Paragraph 47 also contain legal conclusions to which no response is required.  To the extent a response is required, ZIDE denies the allegations.

48.     ZIDE is presently without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48, which are therefore, denied.

49.     ZIDE is presently without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49, which are therefore, denied. The allegations contained in Paragraph 49 also contain legal conclusions to which no response is required.  To the extent a response is required, ZIDE denies the allegations.

50.     ZIDE is presently without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50, which are therefore, denied.

51.     The allegations contained in Paragraph 51 contain legal conclusions to which no response is required.  To the extent a response is required, ZIDE denies the allegations.

52.     The allegations contained in Paragraph 52 contain legal conclusions to which no response is required.  To the extent a response is required, ZIDE denies the allegations.

AMENDED ANSWER OF DEFENDANT LAW OFFICE OF HARRIS AND ZIDE'S ANSWER
TO PLAINTIFF'S COMPLAINT

1      53.     ZIDE is presently without knowledge or information sufficient to form

2    a belief as to the truth of the allegations in Paragraph 53, which are therefore,

3    denied.

4      54.     ZIDE denies the allegations in Paragraph 54.

5      55.     ZIDE admits that Plaintiff has acknowledged the receipt of the letter

6    alleged in Paragraph 55.

7      56.     ZIDE admits that Plaintiff has acknowledged sending the letter alleged

8    in Paragraph 56.

9      57.     ZIDE admits that Plaintiff has acknowledged sending the affidavit as

10   alleged in Paragraph 57.

11     58.     The allegations contained in Paragraph 58(a)-(c) contain legal

12   conclusions to which no response is required.  To the extent a response is required,

13   ZIDE denies the allegations.

14     59.     ZIDE admits it received the response from plaintiff. The allegations

15   contained in Paragraph 59 also contain legal conclusions to which no response is

16   required.  To the extent a response is required, ZIDE denies the allegations.

17     60.     The allegations contained in Paragraph 60 contain legal conclusions to

18   which no response is required.  To the extent a response is required, ZIDE denies

19   the allegations.

20     61.     The allegations contained in Paragraph 61 contain legal conclusions to

21   which no response is required.  To the extent a response is required, ZIDE denies

22   the allegations.

23     62.     The allegations contained in Paragraph 62 contain legal conclusions to

24   which no response is required.  To the extent a response is required, ZIDE denies

25   the allegations.

26     63.     ZIDE admits the allegations in Paragraph 63.

27     64.     ZIDE admits that ZIDE responded to Plaintiff's AG complaint. The

28   allegations contained in Paragraph 64 also contain legal conclusions to which no

-8-

1    response is required.  To the extent a response is required, ZIDE denies the
2    allegations.

3         65.   The allegations contained in Paragraph 65 contain legal conclusions to
4    which no response is required.  To the extent a response is required, ZIDE denies
5    the allegations.

6         66.   ZIDE admits the allegations contained in Paragraph 66.

7         67.   ZIDE admits the allegations contained in Paragraph 67.

8         68.   ZIDE admits that Plaintiff acknowledges that he sent a letter as alleged
9    in Paragraph 68. The remaining allegations contained in Paragraph 68 contain legal
10   conclusions to which no response is required.  To the extent a response is required,
11   ZIDE denies the allegations.

12        69.   ZIDE admits that it did not respond to Plaintiff's "Debt Collector
13   Disclosure Statement" since no response is necessary for such documents. ZIDE is
14   presently without knowledge or information sufficient to form a belief as to the truth
15   of the allegations in Paragraph 69 related to Bank of America, N.A., which are
16   therefore, denied.

17        70.   ZIDE admits that Plaintiff has acknowledged he sent the notice to
18   ZIDE, attached as Exhibit 8 to Plaintiff's Complaint.

19                            **CLAIMS**

20         **COUNT I: Violation of the TCPA 47 U.S.C. § 227(b)(1)(A)(iii)**

21                    **Against Defendant BANA**

22        71.   ZIDE incorporates herein each and every response stated above in
23   paragraphs 1 through 70. The allegations contained in Paragraph 71 also contain legal
24   conclusions to which no response is required.  To the extent a response is required,
25   ZIDE denies the allegations.

26        72.   ZIDE is presently without knowledge or information sufficient to form
27   a belief as to the truth of the allegations in Paragraph 72, which are therefore,
28   denied. The allegations contained in Paragraph 72 also contain legal conclusions to

1  which no response is required.  To the extent a response is required, ZIDE denies
2  the allegations.

3       73.    ZIDE is presently without knowledge or information sufficient to form
4  a belief as to the truth of the allegations in Paragraph 73, which are therefore,
5  denied. The allegations contained in Paragraph 73 also contain legal conclusions to
6  which no response is required.  To the extent a response is required, ZIDE denies
7  the allegations.

8       74.    ZIDE is presently without knowledge or information sufficient to form
9  a belief as to the truth of the allegations in Paragraph 74, which are therefore,
10 denied.

11      75.    ZIDE is presently without knowledge or information sufficient to form
12 a belief as to the truth of the allegations in Paragraph 75, which are therefore,
13 denied. The allegations contained in Paragraph 75 also contain legal conclusions to
14 which no response is required.  To the extent a response is required, ZIDE denies
15 the allegations.

16      76.    ZIDE is presently without knowledge or information sufficient to form
17 a belief as to the truth of the allegations in Paragraph 76, which are therefore,
18 denied. The allegations contained in Paragraph 76 also contain legal conclusions to
19 which no response is required.  To the extent a response is required, ZIDE denies
20 the allegations.

21      77.    ZIDE is presently without knowledge or information sufficient to form
22 a belief as to the truth of the allegations in Paragraph 77, which are therefore,
23 denied. The allegations contained in Paragraph 77 also contain legal conclusions to
24 which no response is required.  To the extent a response is required, ZIDE denies
25 the allegations.

26      78.    ZIDE is presently without knowledge or information sufficient to form
27 a belief as to the truth of the allegations in Paragraph 78, which are therefore,
28 denied. The allegations contained in Paragraph 78 also contain legal conclusions to

AMENDED ANSWER OF DEFENDANT LAW OFFICE OF HARRIS AND ZIDE'S ANSWER
TO PLAINTIFF'S COMPLAINT

1   which no response is required.  To the extent a response is required, ZIDE denies

2   the allegations.

3         79.    ZIDE is presently without knowledge or information sufficient to form

4   a belief as to the truth of the allegations in Paragraph 79, which are therefore,

5   denied.

6         80.    ZIDE is presently without knowledge or information sufficient to form

7   a belief as to the truth of the allegations in Paragraph 80, which are therefore,

8   denied.

9         81.    ZIDE is presently without knowledge or information sufficient to form

10   a belief as to the truth of the allegations in Paragraph 81, which are therefore,

11   denied.

12         82.    ZIDE is presently without knowledge or information sufficient to form

13   a belief as to the truth of the allegations in Paragraph 82, which are therefore,

14   denied.

15         83.    ZIDE is presently without knowledge or information sufficient to form

16   a belief as to the truth of the allegations in Paragraph 83, which are therefore,

17   denied.

18         84.    ZIDE is presently without knowledge or information sufficient to form

19   a belief as to the truth of the allegations in Paragraph 84, which are therefore,

20   denied. The allegations contained in Paragraph 84 also contain legal conclusions to

21   which no response is required.

22         85.    ZIDE is presently without knowledge or information sufficient to form

23   a belief as to the truth of the allegations in Paragraph 85, which are therefore,

24   denied.

25         86.    ZIDE is presently without knowledge or information sufficient to form

26   a belief as to the truth of the allegations in Paragraph 86, which are therefore,

27   denied. The allegations contained in Paragraph 86 also contain legal conclusions to

28   which no response is required.

AMENDED ANSWER OF DEFENDANT LAW OFFICE OF HARRIS AND ZIDE'S ANSWER
TO PLAINTIFF'S COMPLAINT

1    87.    The allegations contained in Paragraph 87 contain legal conclusions to
2  which no response is required.  To the extent a response is required, ZIDE denies
3  the allegations.

4    88.    ZIDE is presently without knowledge or information sufficient to form
5  a belief as to the truth of the allegations in Paragraph 88, which are therefore,
6  denied. The allegations contained in Paragraph 88 also contain legal conclusions to
7  which no response is required.

8    89.    The allegations contained in Paragraph 89 contain legal conclusions to
9  which no response is required.  To the extent a response is required, ZIDE denies
10  the allegations.

11    90.    ZIDE is presently without knowledge or information sufficient to form
12  a belief as to the truth of the allegations in Paragraph 90, which are therefore,
13  denied. The allegations contained in Paragraph 90 also contain legal conclusions to
14  which no response is required.

15    **COUNT II: Violation of the FDCPA 15 U.S.C. § 1692 et seq.**
16    **Against Defendant ZIDE**

17    91.    ZIDE incorporates herein each and every response stated above in
18  paragraphs 1 through 90. The allegations contained in Paragraph 91 also contain legal
19  conclusions to which no response is required.  To the extent a response is required,
20  ZIDE denies the allegations.

21    92.    ZIDE is presently without knowledge or information sufficient to form
22  a belief as to the truth of the allegations in Paragraph 92, which are therefore,
23  denied.

24    93.    ZIDE is presently without knowledge or information sufficient to form
25  a belief as to the truth of the allegations in Paragraph 93, which are therefore,
26  denied. The allegations contained in Paragraph 93 also contain legal conclusions to
27  which no response is required.

28

AMENDED ANSWER OF DEFENDANT LAW OFFICE OF HARRIS AND ZIDE'S ANSWER
TO PLAINTIFF'S COMPLAINT

1    94.   ZIDE is presently without knowledge or information sufficient to form
2  a belief as to the truth of the allegations in Paragraph 94, which are therefore,
3  denied. The allegations contained in Paragraph 94 also contain legal conclusions to
4  which no response is required.

5    95.   ZIDE is presently without knowledge or information sufficient to form
6  a belief as to the truth of the allegations in Paragraph 95, which are therefore,
7  denied. The allegations contained in Paragraph 95 also contain legal conclusions to
8  which no response is required.

9    96.   ZIDE is presently without knowledge or information sufficient to form
10  a belief as to the truth of the allegations in Paragraph 96, which are therefore,
11  denied. The allegations contained in Paragraph 96 also contain legal conclusions to
12  which no response is required.

13    97.   The allegations contained in Paragraph 97 contain legal conclusions to
14  which no response is required.  To the extent a response is required, ZIDE denies
15  the allegations.

16    98.   ZIDE is presently without knowledge or information sufficient to form
17  a belief as to the truth of the allegations in Paragraph 98, which are therefore,
18  denied. The allegations contained in Paragraph 98 also contain legal conclusions to
19  which no response is required.

20    99.   ZIDE is presently without knowledge or information sufficient to form
21  a belief as to the truth of the allegations in Paragraph 99, which are therefore,
22  denied. The allegations contained in Paragraph 99 also contain legal conclusions to
23  which no response is required.

24    100.   ZIDE is presently without knowledge or information sufficient to form
25  a belief as to the truth of the allegations in Paragraph 100, which are therefore,
26  denied. The allegations contained in Paragraph 100 also contain legal conclusions to
27  which no response is required.

28

AMENDED ANSWER OF DEFENDANT LAW OFFICE OF HARRIS AND ZIDE'S ANSWER
TO PLAINTIFF'S COMPLAINT

101.   ZIDE is presently without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 191, which are therefore, denied. The allegations contained in Paragraph 101 also contain legal conclusions to which no response is required.

102.   ZIDE is presently without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102, which are therefore, denied. The allegations contained in Paragraph 102 also contain legal conclusions to which no response is required.

103.   The allegations contained in Paragraph 103 contain legal conclusions to which no response is required.  To the extent a response is required, ZIDE denies the allegations.

104.   The allegations contained in Paragraph 104 contain legal conclusions to which no response is required.  To the extent a response is required, ZIDE denies the allegations.

105.   The allegations contained in Paragraph 105 contain legal conclusions to which no response is required.  To the extent a response is required, ZIDE denies the allegations.

106.   The allegations contained in Paragraph 106 contain legal conclusions to which no response is required.  To the extent a response is required, ZIDE denies the allegations.

**COUNT III: Violation of the FDCPA 15 U.S.C. § 1692 et seq.**

**Against Defendant ZIDE**

107.   ZIDE incorporates herein each and every response stated above in paragraphs 1 through 106. The allegations contained in Paragraph 107 also contain legal conclusions to which no response is required.  To the extent a response is required, ZIDE denies the allegations.

AMENDED ANSWER OF DEFENDANT LAW OFFICE OF HARRIS AND ZIDE'S ANSWER TO PLAINTIFF'S COMPLAINT

1      108.   The allegations contained in Paragraph 108 contain legal conclusions to

2   which no response is required.  To the extent a response is required, ZIDE denies

3   the allegations.

4      109.   The allegations contained in Paragraph 109 contain legal conclusions to

5   which no response is required.  To the extent a response is required, ZIDE denies

6   the allegations.

7      110.   The allegations contained in Paragraph 110 contain legal conclusions to

8   which no response is required.  To the extent a response is required, ZIDE denies

9   the allegations.

10     111.   The allegations contained in Paragraph 110(a)-(d) contain legal

11  conclusions to which no response is required.  To the extent a response is required,

12  ZIDE denies the allegations.

13     112.   ZIDE denies the allegations in Paragraph 112. The allegations

14  contained in Paragraph 112 also contain legal conclusions to which no response is

15  required.  To the extent a response is required, ZIDE denies the allegations.

16     113.   ZIDE denies the allegations in Paragraph 113. The allegations

17  contained in Paragraph 113 also contain legal conclusions to which no response is

18  required.  To the extent a response is required, ZIDE denies the allegations.

19     114.   ZIDE denies the allegations in Paragraph 114, which are therefore,

20  denied. The allegations contained in Paragraph 114 also contain legal conclusions to

21  which no response is required.

22     115.   ZIDE denies the allegations in Paragraph 115, which are therefore,

23  denied. The allegations contained in Paragraph 115 also contain legal conclusions to

24  which no response is required.

25     116.   ZIDE is presently without knowledge or information sufficient to form

26  a belief as to the truth of the allegations in Paragraph 116, which are therefore,

27  denied. The allegations contained in Paragraph 116 also contain legal conclusions to

28  which no response is required.

AMENDED ANSWER OF DEFENDANT LAW OFFICE OF HARRIS AND ZIDE'S ANSWER
TO PLAINTIFF'S COMPLAINT

117.   ZIDE denies the allegations in Paragraph 117. The allegations contained in Paragraph 117 also contain legal conclusions to which no response is required.

118.   ZIDE denies the allegations in Paragraph 118. The allegations contained in Paragraph 118 also contain legal conclusions to which no response is required.

119.   Zide denies the allegations contained in Paragraph 119.  The allegations contained in Paragraph 119 also contain legal conclusions to which no response is required.

120.   The allegations contained in Paragraph 120 contain legal conclusions to which no response is required.  To the extent a response is required, ZIDE denies the allegations.

## ARTICLE III STANDING TO BRING SUIT

121.   The allegations contained in Paragraph 121(a)-(c) contain legal conclusions to which no response is required.  To the extent a response is required, ZIDE denies the allegations.

## JURY TRIAL DEMAND

122.   The allegations contained in Paragraph 122 contain legal conclusions to which no response is required.  To the extent a response is required, ZIDE denies the allegations.

## REQUEST FOR RELIEF

123.   ZIDE denies that Plaintiff is entitled to any of the relief sought in Plaintiff's Request for Relief (a)-(g).

## AFFIRMATIVE DEFENSES

ZIDE reserves the right to rely upon the following affirmative defenses to the claims asserted in the Complaint to the extent supported by evidence later developed or facts later learned, without now assuming the burden of proof on any such defense that would otherwise rest on Plaintiff and with the reservation of the right to amend

-16-

or supplement the responses to the Complaint, as well as its affirmative defenses, as information is gathered through discovery:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1.      Plaintiff fails to allege facts sufficient to state any claim against ZIDE upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Laches/Estoppel)

2. Plaintiff's claims are barred by the doctrines of laches and/or estoppel.

## THIRD AFFIRMATIVE DEFENSE

### (Waiver)

3.      Plaintiff has waived any and all claims, rights and demands that he has had or may have against ZIDE, and any claims by Plaintiff asserted herein are subject to that waiver.

## FOURTH AFFIRMATIVE DEFENSE

### (Compliance with Law)

4.      ZIDE met or exceeded the requirements of applicable laws, regulations, and standards applicable to ZIDE.

## FIFTH AFFIRMATIVE DEFENSE

### (Contribution)

5.      Any and all harm alleged by Plaintiff can be attributed to several causes, and the damages for the harm, if any, should be apportioned among the various causes according to the contribution of each cause to the harm sustained.

## SIXTH AFFIRMATIVE DEFENSE

### (Offset)

6.      ZIDE is entitled to an offset to the claims set forth in the Complaint sufficient to diminish or defeat Plaintiff's recovery thereunder.

7.

-17-

## SEVENTH AFFIRMATIVE DEFENSE

### (Several Liability)

8.     Should Plaintiff prevail against ZIDE, ZIDE's liability is several and limited to its own actionable segments of fault, if any.

## EIGHTH AFFIRMATIVE DEFENSE

### (Fault of Plaintiff)

9.     If Plaintiff suffered or sustained any loss, injury, damage or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, and/or activities of Plaintiff and not by ZIDE.  Plaintiff's claims are barred or reduced by his own negligence, mistake or fraud.

## NINTH AFFIRMATIVE DEFENSE

### (No Damages)

10.     Plaintiff did not incur any damages or loss as a result of any act or conduct by ZIDE.

## TENTH AFFIRMATIVE DEFENSE

### (Causation)

11.     Plaintiff fails to show that any alleged acts or omissions of ZIDE caused the injuries or damages claimed by Plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Speculative Damages)

12.     Any damage or loss Plaintiff did incur as a result of any act or conduct by ZIDE would be speculative at best and thus too uncertain for recovery.

## TWELFTH AFFIRMATIVE DEFENSE

### (Good Faith/Conformance with Applicable Standards)

13.     With respect to all matters alleged in the Complaint, ZIDE at all times acted in good faith and in conformance with all applicable government and industry standards, thus precluding any recovery by Plaintiff.

14.

-18-

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

15.     Plaintiff has failed, in whole or in part, to mitigate his alleged damages.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

16.     Plaintiff would be unjustly enriched if allowed to recover under the Complaint.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Ratification/Consent)

17.     Plaintiff ratified or consented to the actions and conduct of ZIDE.  Thus, to the extent Plaintiff suffered or sustained any loss, injury, damage or detriment, the same was directly and proximately caused and contributed to by Plaintiff's own ratification/consent of the conduct giving rise to his alleged damages and/or Plaintiff's own conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct, and not by ZIDE.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

18.     Plaintiff's claims are barred by the doctrine of unclean hands.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Lack of Malice)

19.     ZIDE specifically denies that it acted with any willfulness, oppression, fraud or malice towards Plaintiffs or others.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Failure to State a Clam for Punitive Damages)

20.     The Complaint fails to state facts sufficient to entitle Plaintiff to recover punitive damages because it fails to state facts sufficient to show any willfulness, oppression, fraud or malice by ZIDE towards Plaintiff.

-19-

## NINETEENTH AFFIRMATIVE DEFENSE

21. Plaintiff's damage claims and requests for statutory fines and penalties are barred or must be reduced to the extent they are excessive, disproportionate, or otherwise violative of the United States Constitution, including but not limited to the Due Process Clause of the Fourteenth Amendment, *BMW of North Am., Inc. v. Gore*, 517 U.S. 559 (1996), and the Eighth Amendment, *U.S. v. Bajakajian*, 524 U.S. 321 (1998).

## TWENTIETH AFFIRMATIVE DEFENSE

(Additional Affirmative Defenses)

22. ZIDE has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. ZIDE therefore reserves the right to assert additional affirmative defenses and to amend the Answer accordingly in the event discovery indicates that they may be appropriate.

23.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant Law Office of Harris and Zide, prays:

1. That Plaintiff take nothing by way of his Complaint;

2. That ZIDE be awarded its costs of suit incurred herein;

3. That ZIDE be awarded its attorney's fees to the extent provided by law;

////////

////////

////////

////////

////////

////////

////////

////////

-20-

AMENDED ANSWER OF DEFENDANT LAW OFFICE OF HARRIS AND ZIDE'S ANSWER
TO PLAINTIFF'S COMPLAINT

1    4.     That judgment be entered in favor of ZIDE; and

2    5.     That ZIDE be granted such other relief as the Court deems just and

3           proper.

4    DATED: July 31, 2019              Respectfully submitted,

5                                      LAW OFFICES OF HARRIS & ZIDE

6

7

8                                      By: /s/ *Flint C. Zide*

9                                           Flint C. Zide
                                            Attorneys for Defendant Law Office of
10                                          Harris and Zide

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-21-

AMENDED ANSWER OF DEFENDANT LAW OFFICE OF HARRIS AND ZIDE'S ANSWER
TO PLAINTIFF'S COMPLAINT

**CERTIFICATE OF SERVICE**

I, Flint C. Zide, certify that on July 31, 2019, the foregoing document entitled **LAW OFFICE OF HARRIS AND ZIDE'S ANSWER TO THE COMPLAINT FOR DAMAGES AND AFFIRMATIVE DEFENSES** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

_/s/ Flint C. Zide_

Flint C. Zide

CERTIFICATE OF SERVICE

1

2                                     **PROOF OF SERVICE**

3      **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

4           I am employed in the County of San Francisco, State of California.  I am over
       the age of eighteen years and not a party to the within action; my business address is
5      1445 Huntington Drive, Suite 300, South Pasadena, CA  91030.

6      On July 31, 2019, I served the following document(s) described as **AMENDED
       ANSWER OF DEFENDANT LAW OFFICE OF HARRIS AND ZIDE TO
7      THE COMPLAINT FOR DAMAGES AND AFFIRMATIVE DEFENSES**
       on the interested parties in this action by placing true copies thereof enclosed in
8      sealed envelopes addressed as follows:

9          Eric Hatteberg                          **MCGUIREWOODS LLP**
           2322 Calle Almirante
10         San Clemente, CA 92673                   ETHAN SCHATZ (SBN 257919)
           Tel: 949-370-0051                        Two Embarcadero Center
11                                                  Suite 1300
                                                    San Francisco, CA  94111-3821
12                                                  Telephone:  415.844.9944
                                                    Facsimile:  415.844.9922
13                                                  eschatz@mcguirewoods.com

14

15     ☒    **BY MAIL:**  I am "readily familiar" with the firm's practice of collection and
            processing correspondence for mailing with the United States Postal Service.
16          Under that practice, it would be deposited with the United States Postal
            Service that same day in the ordinary course of business.  Such envelope(s)
17          were placed for collection and mailing with postage thereon fully prepaid at
            South Pasadena, CA, on that same day following ordinary business practices.
18          (C.C.P. § 1013 (a) and 1013a(3))

19          I declare under penalty of perjury under the laws of the State of California
       that the foregoing is true and correct.
20
21          Signed on July 31, 2019, at South Pasadena, CA.

22

23                                                  James Kirkpatrick

24

25

26

27

28

                                          -23-