

1 Eric Hatteberg
2 2322 Calle Almirante
3 San Clemente, CA  92673
4 949-370-0051
5 gabwitheric@yahoo.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Hatteberg, an individual,<br>    Plaintiff,<br>vs.<br>BANK OF AMERICA, N.A. et al,<br>    Defendant(s) | Case No.: 8:19-cv-01236 JFW PLAx<br>**NOTICE OF TENTATIVE SETTLEMENT BETWEEN PLAINTIFF AND LAW OFFICE OF HARRIS AND ZIDE**<br><br>Honorable John F. Walter |

## NOTICE OF TENTATIVE SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff, Eric Hatteberg, ("Plaintiff"), and Defendant LAW OFFICE OF HARRIS AND ZIDE ("ZIDE"), have reached a tentative settlement in the above captioned matter.

Plaintiff and ZIDE anticipate finalizing the settlement agreement within thirty (30) days, at which time Plaintiff and counsel plan to file a Joint Stipulation of Dismissal with prejudice, thereby resolving all of Plaintiff's claims pursuant to the causes of action against LAW OFFICE OF HARRIS AND ZIDE.

Plaintiff and counsel request that the Court retain its jurisdiction regarding LAW OFFICE OF HARRIS AND ZIDE until the filing of the Joint Stipulation of Dismissal pursuant to F.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully submitted on this day of _AUGUST_

Dated _8-23-19_

By _/s/ E. Hatteberg_

Eric Hatteberg, Plaintiff, Pro Se
2322 Calle Almirante
San Clemente, CA. 92673
(949)370-0051
gabwitheric@gmail.com

Dated _8-21-19_

By _/s/ Flint Zide_
Flint Zide
LAW OFFICE OF HARRIS AND ZIDE
1440 Huntington Drive, Suite 300
South Pasadena, CA. 91030
Tel:
fzide@harrisandzide.com

## CERTIFICATE OF SERVICE

I, Eric Hatteberg, filed with the clerk of the court, the above NOTICE on August 23, 2019, and sent a copy to counsel on record via postal mail.

Flint Zide
LAW OFFICE OF HARRIS AND ZIDE
1440 Huntington Drive, Suite 300
South Pasadena, CA. 91030
Tel:
Attorney for Defendant ZIDE
fzide@harrisandzide.com

Ethan Schatz (Bar No. 257919)
MCGUIRE WOODS LLLP
Two Embarcadero Center, Suite 1300
San Francisco, CA. 94111-3821
Tel: 415-844-9944
Attorney for Defendant BANA
eschatz@mcguirewoods.com

Eric Hatteberg, Plaintiff, Pro Se
2322 Calle Almirante
San Clemente, CA. 92673
(949)370-0051
gabwitheric@gmail.com