FILED

2019 SEP 20 PM 1:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___DV___

1 Eric Hatteberg
2 2322 Calle Almirante
3 San Clemente, CA  92673
4 949-370-0051
5 gabwitheric@gmail.com

*No Lodged Proposed Order*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Hatteberg, an individual,<br>Plaintiff,<br>vs.<br>BANK OF AMERICA, N.A., et al.,<br>Defendants. | Case No.: 8:19-cv-01236-JFW (PLAx)<br>STIPULATION OF DISMISSAL AS TO DEFENDANT LAW OFFICE OF HARRIS AND ZIDE<br>F.R.Civ.P. 41(a)<br><br>Hon. John F. Walters |

Plaintiff, Eric Hatteberg, ("Plaintiff"), by way of Pro Se and Defendant LAW OFFICE OF HARRIS AND ZIDE ("ZIDE"), submit this Stipulation for Dismissal pursuant to **F.R.Civ.P.41(a)**.

Plaintiff and ZIDE, in the above mentioned caption, finalized their settlement agreement on September 19, 2019.

Based on the foregoing, Plaintiff and ZIDE hereby stipulate that the cause of action pertaining to Defendant ZIDE be dismissed with prejudice pursuant to **F.R.Civ.P.41(a)(1)(A)(ii)**.

1

STIPULATION FOR DISMISSAL DEFENDANT ZIDE / Case# 8:19-cv-01236-JFW (PLAx)

Respectfully submitted,

Dated: 9-19-19

Eric Hatteberg, Plaintiff
2322 Calle Almirante
San Clemente, CA. 92673
gabwitheric@gmail.com

Dated: 9-19-19

Flint Zide
Law Office of Harris and Zide
1445 Huntington Dr, Suite 300
South Pasadena, CA. 91030
fzide@harrisandzide.com

2

STIPULATION FOR DISMISSAL DEFENDANT ZIDE / Case# 8:19-cv-01236-JFW (PLAx)

## CERTIFICATE OF SERVICE

I, Eric Hatteberg, filed with the clerk of the court, the above NOTICE on SEPTEMBER 20, 2019; and sent a copy to counsel on record via postal mail.

Flint Zide
LAW OFFICE OF HARRIS AND ZIDE
1440 Huntington Drive, Suite 300
South Pasadena, CA. 91030
Tel:
Attorney for Defendant ZIDE
fzide@harrisandzide.com

Ethan Schatz (Bar No. 257919)
MCGUIRE WOODS LLLP
Two Embarcadero Center, Suite 1300
San Francisco, CA. 94111-3821
Tel: 415-844-9944
Attorney for Defendant BANA
eschatz@mcguirewoods.com

Eric Hatteberg, Plaintiff, Pro Se
2322 Calle Almirante
San Clemente, CA. 92673
(949)370-0051
gabwitheric@gmail.com

3

STIPULATION FOR DISMISSAL ZIDE / CASE# 8:19-cv-01236 JFW PLA