js-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.   **SA CV 19-1236-JFW(PLAx)**                                      Date: October 9, 2019

Title:   Eric Hatteberg -v- Bank of America, N.A., et al.

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   **Shannon Reilly**                                        None Present
   **Courtroom Deputy**                                      Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                  None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER OF DISMISSAL**

   In the Notice of Settlement manually filed on October 4, 2019, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before November 8, 2019.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until November 8, 2019.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr