Eric Hatteberg
2322 Calle Almirante
San Clemente, CA 92673
949-370-0051
gabwitheric@yahoo.com

FILED

2019 OCT -4 PM 3:12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY____DV____

Eric Hatteberg
2322 Calle Almirante
San Clemente, CA 92673
949-370-0051
gabwitheric@yahoo.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Hatteberg, an individual,<br>Plaintiff,<br>vs.<br>BANK OF AMERICA, N.A. et al,<br>Defendant(s) | Case No.: 8:19-cv-01236 JFW PLAx<br><br>**NOTICE OF TENTATIVE SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT BANK OF AMERICA, N.A.**<br><br>Honorable John F. Walter |

## NOTICE OF TENTATIVE SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff, Eric Hatteberg, ("Plaintiff"), and Defendant BANK OF AMERICA, N.A. ("BANA"), have reached a settlement in principle in the above captioned matter.

Plaintiff and BANA anticipate finalizing the settlement agreement within thirty (30) days, at which time Plaintiff and BANA plan to file a Joint Stipulation of Dismissal with prejudice, thereby resolving all of Plaintiff's claims against

BANA.

Plaintiff and BANA request that the Court retain its jurisdiction regarding this action until the filing of the Joint Stipulation of Dismissal pursuant to F.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully submitted on this day of __10/4/19__

Dated __10/4/19__

By _____
Eric Hatteberg, Plaintiff/Pro Se
2322 Calle Almirante
San Clemente, CA. 92673
(949)370-0051
gabwitheric@gmail.com

Dated __10/1/19__       MCGUIREWOODS LLP

By _____
Ethan Schatz
Deleyla A. Lawrence
Attorneys for Defendant Bank of America, N.A.

## **CERTIFICATE OF SERVICE**

I, Eric Hatteberg, filed with the clerk of the court, the above NOTICE on October 4, 2019, and sent a copy to counsel on record via postal mail.

Flint Zide
LAW OFFICE OF HARRIS AND ZIDE
1440 Huntington Drive, Suite 300
South Pasadena, CA. 91030
Tel:
Attorney for Defendant ZIDE
fzide@harrisandzide.com

Ethan Schatz
Deleyla A. Lawrence
Attorneys for Defendant BANA
McGuire Woods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
(310)956-3446
dlawrence@mcguirewoods.com

Eric Hatteberg, Plaintiff, Pro Se
2322 Calle Almirante
San Clemente, CA. 92673
(949)370-0051
gabwitheric@gmail.com