Eric Hatteberg
2322 Calle Almirante
San Clemente, CA  92673
949-370-0051
gabwitheric@gmail.com

FILED
2019 OCT 17 PM 2:16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Hatteberg, an individual,<br>Plaintiff,<br>vs.<br>BANK OF AMERICA, N.A., et al.,<br>Defendants. | Case No.: 8:19-cv-01236-JFW (PLAx)<br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BANK OF AMERICA, N.A.**<br>**F.R.Civ.P. 41(a)**<br><br>Hon. John F. Walters |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Eric Hatteberg, ("Plaintiff"), and Defendant BANK OF AMERICA, N.A. ("BANA"), submit this Joint Stipulation for Dismissal with prejudice pursuant to **F.R.Civ.P.41 (a)**.

Plaintiff and BANA, in the above mentioned caption, finalized their settlement agreement on October 11, 2019 thereby resolving all of Plaintiff's claims against BANA.

Based on the foregoing, Plaintiff and BANA hereby stipulate that the cause of action pertaining to Defendant BANA be dismissed with prejudice pursuant to

F.R.Civ.P.41(a)(1)(A)(ii).

Respectfully submitted,

Dated: 10-17-19

Eric Hatteberg, Plaintiff
2322 Calle Almirante
San Clemente, CA. 92673
gabwitheric@gmail.com

Dated 10/16/19     MCGUIREWOODS LLP

Ethan Schatz
Deleyla A. Lawrence
Attorneys for Defendant Bank of America, N.A.

## CERTIFICATE OF SERVICE

I, Eric Hatteberg, filed with the clerk of the court, the above NOTICE on October 17, 2019, and sent a copy to counsel on record via postal mail.

Flint Zide
LAW OFFICE OF HARRIS AND ZIDE
1440 Huntington Drive, Suite 300
South Pasadena, CA. 91030
Tel:
Attorney for Defendant ZIDE
fzide@harrisandzide.com

Deleyla A. Lawrence
Attorney for Defendant BANA
McGuire Woods LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
(310)956-3446
dlawrence@mcguirewoods.com

*/s/ Eric Hatteberg*
Eric Hatteberg, Plaintiff, Pro Se
2322 Calle Almirante
San Clemente, CA. 92673
(949)370-0051
gabwitheric@gmail.com